Priority  
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.  CV 05-6348 DDP (AJWx)            Date: November 15, 2006

Title:  J2 GLOBAL COMMUNICATIONS, INC. v. VISION LAB TELECOMMUNICATIONS, INC., et al.

========================================================================

PRESENT:  HON.  **ANDREW J. WISTRICH, MAGISTRATE JUDGE**

   Ysela Benavides  
   Deputy Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:  
   None Present                                    None Present

**ORDER REGARDING SETTLEMENT CONFERENCE**

The court conducted a settlement conference in this case on November 14, 2006. Appropriate representatives of all parties were present. A settlement was achieved.

cc:  Parties

MINUTES FORM 11                              Initials of Preparer  
CIVIL-GEN

